UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                            CASE NO. 8:12-CR-288-T-17MAP

KELLY JO TEFFNER.

_____/

ORDER

This cause is before the Court on:

Dkt. 695    Emergency Motion by the United States for
            Commutation of Defendant's Sentence Due to
            Terminal Medical Diagnosis

The United States moves the Court to commute Defendant Kelly Jo Teffner's sentence to time served due to Defendant's terminal medical diagnosis and imminent death. (Exh. 1).

Defendant Teffner was sentenced to serve 64 months of incarceration, and has served 13 months of Defendant's sentence. Defendant Teffner was brought back to Tampa to testify in the case of United States v. Rasesh Patel, scheduled for the September trial term. The Government states that Defendant Teffner has provided substantial assistance to the Government.

Defendant's counsel, Kevin Beck, joins in this Motion. Upon release from custody, Defendant Teffner will be turned over to hospice services, and to Defendant's family.

After consideration, the Court grants the Emergency Motion for Commutation of Defendant Kelly Jo Teffner's sentence to time served. Accordingly, it is

Case No. 8:12-CR-288-T-17MAP

**ORDERED** that the Emergency Motion by the United States for Commutation of Defendant's Sentence Due to Terminal Medical Diagnosis (Dkt. 695) is **granted**, and Defendant Teffner's sentence is commuted to time served.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 22ND day of July, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Marshal
U.S. Probation